UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Case No. 19-41733 |
| | ) | |
| KEVIN E. MONISMITH, | ) | Chapter 7 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## NOTICE OF TRUSTEE'S INTENT TO
## CLAIM CERTAIN ASSETS AND ABANDON CERTAIN ASSETS

James A. Overcash, Chapter 7 Bankruptcy Trustee, hereby claims for administration and distribution the debtor's interest in the following assets:

1. Non-Exempt Funds in Liberty First Credit Union Checking Accounts in the amounts of $697.46 and $2,533.83.

Trustee also hereby gives notice of his intent to abandon all other scheduled assets in this case other than the assets claimed above, on the grounds that such assets are either exempt, secured in excess of their value, or burdensome to administer. Trustee reserves the right to reclaim these assets if it is determined at a later date that the assets as scheduled have a greater value than listed on the bankruptcy schedules.

Dated this 31st day of December, 2019.

JAMES A. OVERCASH, TRUSTEE

/s/ James A. Overcash
James A. Overcash   No.
Trustee in Bankruptcy
301 S. 13th Street Suite 500
Lincoln, NE 68508
(402) 437-8500
trustee@woodsaitken.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 31st day of December, 2019 he mailed by United States mail, postage prepaid, the foregoing document to the following:

KEVIN E. MONISMITH
5810 BILLINGS CT
LINCOLN, NE 68516

The undersigned relies on the ECF system to provide notice to the Office of the United States Trustee and to the attorney for the debtors.

                                                  /s/ James A. Overcash
                                                  Chapter 7 Trustee